Luis G. Torres, SBN 236915
LAW OFFICES OF LUIS G. TORRES, APC
1712 W. Beverly Blvd., Suite 202
Montebello, California 90640
Telephone: (323) 887-1150
Facsimile: (323) 887-1149

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>  Jose Jaime Cabrera Gonzalez<br><br>  Debtor | Case No.: 1:16-bk-11062-MB<br>Chapter 13<br><br>**NOTICE OF WITHDRAWAL OF RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT**<br><br>Date: 5/30/2018<br>Time: 10:00 am<br>Courtroom: 303<br>Location: 21041 Burbank Blvd.<br>       Woodland Hills, CA 91367 |

   TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE, ELIZABETH ROJAS, CHAPTER 13 TRUSTEE AND TO ALL INTERESTED PARTIES:

Notice is hereby given that the Debtor, Jose Jaime Cabrera Gonzalez, by and through his attorney of record, hereby withdraws his Response to Motion Regarding the Automatic Stay and Declarations in Support docket number __55__.

Dated: June 14, 2018                             Law Offices of Luis G. Torres

                                              /s/ Luis G. Torres
                                           Luis G. Torres, Attorney for Debtor(s)

N - 1